

555 Capitol Mall, 10th Floor
Sacramento, CA 95814

P: 916/444-1000
F: 916/444-2100
downeybrand.com

Elizabeth B. Stallard
estallard@downeybrand.com

June 6, 2007

Magistrate Judge Joseph C. Spero
U.S. District Court, Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: Boracchia v. Biomet, Inc.
U.S.D.C., Northern Dist. Of CA, Case No. 3:07-cv-00650-MMC
Client-Matter No. 38116.00000

Dear Sir:

Per your Clerk's instructions, I hereby confirm that the parties have agreed to continue the settlement conference in this matter originally scheduled for June 25, 2007, until 9:00 a.m. on February 4, 2008. The parties also acknowledge that settlement statements are due 14 calendar days before the conference.

Very truly yours,

DOWNEY BRAND LLP

/s/ Elizabeth B. Stallard

Elizabeth B. Stallard

EBS:met
856496.2

IT IS SO ORDERED

Judge Joseph C. Spero

Magistrate Judge Joseph C. Spero
Dated: June 7, 2007