1   CADIO ZIRPOLI (178109)
    SAVERI & SAVERI, INC.
2   111 Pine Street, Suite 1700
    San Francisco, CA 94111-3600
3   Telephone (415) 217-6810
    Facsimile (415) 217-6813

MITCHELL A. KRAMER (admitted *pro hac vice*)
KRAMER & KRAMER, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046
Telephone (215) 887-9030
Facsimile (215) 887-9240

BARBARA H. KRAMER (admitted *pro hac vice*)
KRAMER & KRAMER, LLP
24 Frank Lloyd Wright Drive
Lobby D
Ann Arbor, MI 48105-9755
Telephone (734) 930-5452
Facsimile (734) 665-8788

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD J. BORACCHIA and BORACCHIA & ASSOCIATES<br><br>    Plaintiffs<br><br>    v.<br><br>BIOMET, INC.<br><br>    Defendant | Civil Action No. 07-cv-00650 MMC<br><br>STIPULATION AND ORDER THEREON |

    Defendant filed its Motion for Summary Judgment on November 2, 2007, noticing the hearing for December 14, 2007. On November 6, 2007, the earliest possible date on which the witness and his counsel were available, a deposition was taken of David Montgomery. The transcript of that deposition is necessary for Plaintiff's response to the Motion for Summary Judgment but is not yet available. As a result, Plaintiff is unable to file its response brief 21 days

prior to the noticed hearing date.

Accordingly, the parties stipulate that the hearing on the Motion for Summary Judgment, which is currently scheduled for December 14, 2007, be rescheduled for January 25, 2008, the next available hearing date. January 25, 2008 is the next available date for the Court and the parties.

                          Respectfully submitted,

*/s/ Barbara H. Kramer*                  */s/Tory E. Griffin*
Barbara H. Kramer                       Tory E. Griffin
Kramer & Kramer, LLP                Downey Brand, LLP
24 Frank Lloyd Wright Drive         555 Capitol Mall, Tenth Floor
Lobby D                                Sacramento, CA 95814-4686
Ann Arbor, Michigan 48104          Attorney for Defendant
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 21, 2007

Hon. Maxine M. Chesney.
United States District Judge