IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD J. BORACCHIA, et al.,

    Plaintiffs

  v.

BIOMET, INC.,

    Defendant
                                        /

No. C 07-0650 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

    Pursuant to Civil Local Rule 72-1, plaintiffs' Motion to Compel Discovery, filed December 20, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    The January 25, 2008 hearing noticed before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: December 27, 2007

                                                MAXINE M. CHESNEY
                                                United States District Judge