UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD J. BORACCHIA, et.al., | ) | |
|---|---|---|
| Plaintiffs, | ) | NO. C-07-0650 MMC |
| -vs- | ) | ORDER |
| BIOMET, INC., | ) | |
| Defendant. | ) | |

A telephonic conference call was held on January 16, 2008. Barbara H. Kramer participated on behalf of the Plaintiffs; Tory E. Griffin participated on behalf of the Defendant. The Court explained that the Defendant's Motion for Summary Judgment, or in the *Alternative for Summary Adjudication of Claims* (Ct. Rec. 26), has been referred to the undersigned for disposition. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment, or in the *Alternative for Summary Adjudication of Claims* (Ct. Rec. 26) shall be noted for telephonic hearing on **Tuesday, February 19, 2008 at 8:30 a.m. (PST).** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of January, 2008.

                          s/ Wm. Fremming Nielsen
                          WM. FREMMING NIELSEN
01-16           SENIOR UNITED STATES DISTRICT JUDGE

ORDER