IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD J. BORACCHIA, et al.,

        Plaintiffs,

v.

BIOMET, INC.,

        Defendant.

        No. CV-07-0650 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendant Biomet's Motion for Summary Judgment, or in the *Alternative for Summary Adjudication of Claims*, filed January 31, 2007, **Ct. Rec. 26 is GRANTED.**

Dated: February 25, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk