DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
tgriffin@downeybrand.com
estallard@downeybrand.com

Attorneys for Defendant
Biomet, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD J. BORACCHIA and BORACCHIA & ASSOCIATES, Plaintiffs, v. BIOMET, INC. Defendant. | Case No. C 07 0650 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER** |
|---|---|

WHEREAS, the Court issued its Pretrial Preparation Order on January 25, 2010, establishing discovery, motion, pretrial, and trial dates in this matter;

WHEREAS, the Parties have been engaged in additional discovery efforts, including scheduling depositions, propounding and responding to written discovery, and meeting and conferring in order to address various discovery disputes;

WHEREAS, due to the number of issues in this action and their complexity, as well as the parties' simultaneous efforts to engage in substantive settlement discussions, additional time is necessary in order to allow for discovery, adequate preparation for trial, and sufficient evaluation of the substantive issues in dispute;

NOW THEREFORE IT IS HEREBY STIPULATED by and among Plaintiffs EDWARD J. BORACCHIA and BORACCHIA & ASSOCIATES, and Defendant BIOMET, INC., that the

dates set forth in the Court's Pretrial Preparation Order, dated January 25, 2010, shall be modified as follows:

| | | |
|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF | August 13, 2010 | [June 4, 2010] |
| DESIGNATION OF EXPERTS – INITIAL | August 30, 2010 | [June 30, 2010] |
| DESIGNATION OF EXPERTS – REBUTTAL | September 16, 2010 | [July 16, 2010] |
| EXPERT DISCOVERY CUTOFF | October 8, 2010 | [Aug. 13, 2010] |
| DISPOSITIVE MOTIONS | October 15, 2010 | [Sept. 10, 2010] |

Good cause exists for these modifications because the additional time will allow the parties to engage in all of the discovery necessary to adequately prepare for trial and to participate in meaningful settlement discussions. Moreover, the proposed modifications will provide the necessary time to complete required discovery yet still ensure that the action proceeds in a timely manner and in keeping with the Court's original trial schedule.

Although the parties have proposed modifications to several pretrial dates, the dates for trial, as well as for the Pretrial Conference and associated Meet and Confer, and for the Further Status Conference and associated Status Conference Statement, remain unchanged. Accordingly, the proposed modifications will not impact the overall scheduling of the case, and should have little if any impact on the Court's calendar.

Finally, the parties have not requested any prior modifications to the January 25, 2010, Pretrial Preparation Order.

DATED: May 24, 2010         DOWNEY BRAND LLP

By: /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorneys for Defendant
Biomet, Inc.

DATED: May 24, 2010                    KRAMER AND KRAMER


By: /s/ Barbara Kramer
    BARBARA KRAMER
    Attorney for Plaintiffs
    Edward J. Boracchia and Boracchia & Associates


## ORDER

Having considered the parties' stipulated request to modify the Pretrial Preparation Order filed in this matter on January 25, 2010, and GOOD CAUSE appearing therefore, the Court hereby orders the following:

1. The parties' request to modify the Pretrial Preparation Order is GRANTED;

2. The deadlines in the Pretrial Preparation Order are modified as follows:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF | August 4, 2010 |
| DESIGNATION OF EXPERTS – INITIAL | August 30, 2010 |
| DESIGNATION OF EXPERTS – REBUTTAL | September 16, 2010 |
| EXPERT DISCOVERY CUTOFF | October 8, 2010 |
| DISPOSITIVE MOTIONS | October 15, 2010 |

3. All other dates in the Pretrial Preparation Order, filed January 25, 2010, are unchanged.


IT IS SO ORDERED.

DATED: May 25, 2010

    Hon. Maxine M. Chesney
    United States District Judge

10751321      3
STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER